VTB Form C
03/08

# United States Bankruptcy Court
## District of Vermont

In re:

Shawn Patrick Burke

Debtor(s)

Case No.: 10-11158
Chapter: 7

## Notice of Amendment Cover Sheet
Cover Sheet for Amendments to Schedules & Statements and for Schedules not Previously Filed*
*[Note: Refer to Vt. LBR 1009-1]*

**Amendment/Schedule Information** (Check One)
- ◉ Amendment to Previously Filed Document**
- ○ Schedule Not Previously Filed
- ○ Schedule of Post-Petition Debts *(Result of conversion; no fee due.)*

**Creditor/Schedule Information** (Check One)
- ◉ No creditors are being added/deleted from the initial list of creditors by this amendment/schedule.
- ○ Information regarding a creditor's address is being amended/changed (no fee due), **AND**
  A mailing list in the format prescribed by the Clerk with the amended/changed address of the creditor is attached.
  **NOTE: Do not repeat creditor information from a previously filed mailing list.**
- ○ Creditors are being added by this amendment/schedule, **AND**
  The $26.00 amendment fee is attached for adding parties, **AND**
  A mailing list in the format prescribed by the Clerk with the complete names and addresses of the parties **added** is attached.
  **NOTE: Do not repeat creditor information from a previously filed mailing list.**
- ○ Creditors are being deleted by this amendment, **AND**
  The $26.00 amendment fee for deleting parties is attached.
- ○ Schedules of creditors are being modified to change amount of debt or classification of debt, **AND**
  The $26.00 amendment fee is attached.

I certify that I have served all parties who are affected by this amendment/schedule with a copy thereof and a copy of the Notice of Bankruptcy Case Meeting of Creditors and Deadlines ("341 Meeting Notice"), if applicable, and have the case trustee, if any.

Date: 9/23/10    Signature of Debtor's Attorney or of Debtor if *pro se*: /s/ John D. Kacavas Esq.

I certify under penalty of perjury that I have read this Notice of Amendment and the attached schedules, lists, statements, etc., consisting of ___ sheets, numbered 1 through ___, and that they are true and correct to the best of my knowledge, information, and belief.

Date: 9/23/10    Signature of Debtor: [signed]

Date: ___    Signature of Co-Debtor, if Joint Case

* If filed electronically, no additional copies are needed. However, if filed non-electronically, Vt. LBR 1002-1(e) requires an original for cases filed under Chapter 7, 12, or 13 of the Bankruptcy Code, and an original plus three (3) copies for cases filed under Chapter 9 or 11 of the Bankruptcy Code. Copies of this Notice of Amendment must be attached to each copy of the amended documents.

** If dollar amounts on amended schedules change the total for any schedule, an amended Summary of Schedules document should also be filed.

B6C (Official Form B6C) (4/10)

| In re | **Shawn P. Burke** | Case No. | **10-11158** |
|---|---|---|---|
| | **Debtor** | | **(if known)** |

# AMENDED SCHEDULE C – PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under: ☐ Check if debtor claims a homestead exemption that exceeds $146,450.*

(Check one box)
☒ 11.U.S.C. § 522(b)(2)
☐ 11.U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---:|---:|
| Cash | 11 USC 522(d)(5) | 20.00 | 20.00 |
| Citizens Bank checking account | 11 USC 522(d)(5) | 15.00 | 15.00 |
| TV, bed and dresser, 2 guitars | 11 USC 522(d)(3) | 625.00 | 625.00 |
| Personal clothing | 11 USC 522(d)(3) | 300.00 | 300.00 |
| Homestead in Hampton NY on 5.28 acres, at 322 New Boston Road sold to Daniel L. LaRock and Colleen F. Kamburelis on 22 September 2008, taking a mortgage and promissory note in return. Defaulted on payments since February 2010. | 11 USC 522(d)(5) | 8,980.00 | 59,420.00 |
| 1998 Dodge Ram Pickup, 185k miles, virtually junk, is not running. | 11 USC 522(d)(2) | 800.00 | 800.00 |
| Two 23 inboard boats with trailers, old, virtually junk, motors do not work. | 11 USC 522(d)(5) | 400.00 | 400.00 |
| Tools of trade, lawn mowing - 3 lawn tractors (300), 1 string trimmer (45), 1 lawn trailer (100), 2 chain saws (100), table saw and tools (200), air compressor (100), welder (50), tool benches (150), tool boxes and wrenches (300); welding helmet and leaf blower ($100). | 11 USC 522(d)(6) | 1,445.00 | 1,445.00 |
| Single family home on 5.28 acres at 322 New Boston Road Granville NY, Washington County. | 11 USC 522(d)(5) | .00 | 70,000.00 |
| Motorcycles:1980 Honda 650 Cv; 1981 Honda 650 Cv; and 1982 CX Honda 500cc - junk; 1981 Honda 400cc  - junk | 11 USC 522(d)(5) | 1,000.00 | 1,000.00 |

<u>1</u> continuation sheets attached

*Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.